QUIN DENVIR, Bar #49374
Federal Defender
Dennis S. Waks, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ARNULFO GONZALES-ARRELLANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S.04-434-MCE |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE STATUS** |
| | ) | **CONFERENCE [PROPOSED]; ORDER** |
| v. | ) | |
| | ) | |
| ARNULFO GONZALES-ARRELLANO, | ) | DATE: May 24, 2005 |
| | ) | TIME:  8:30 a.m. |
| Defendant. | ) | JUDGE: Hon. Morrison C. England, Jr. |
| | ) | |
| _____ | ) | |

    It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, ARNULFO GONZALES-ARRELLANO, by and though his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, that the status conference set for April 26, 2005, be rescheduled for Tuesday, May 24, 2005 at 8:30 a.m.  This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses.

/ / /

/ / /

/ / /

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for Tuesday, May 24, 2005 at 8:30 a.m., pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: April 21, 2005

                                  Respectfully submitted,

                                  QUIN DENVIR
                                  Federal Defender

                                  /S/   DENNIS S. WAKS
                                  _____
                                  DENNIS S. WAKS
                                  Supervising Assistant Federal Defender
                                  Attorney for Defendant
                                  ARNULFO GONZALES-ARRELLANO

DATED: April 21, 2005

                                  McGREGOR SCOTT
                                  United States Attorney


                                  /S/ DENNIS S. WAKS for Jason Hitt
                                  JASON HITT
                                  Assistant U.S. Attorney


IT IS SO ORDERED

DATED: April 22, 2005.

                                  _____
                                  MORRISON C. ENGLAND, JR
                                  UNITED STATES DISTRICT JUDGE